Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| USA WHEEL AND TIRE OUTLET #2, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALL AMERICAN TIRE AND WHEEL, JAWAD HAQ, an individual, and DOES 1-10<br><br>Defendants. | CASE NO. CASE NO. CV 08-1919-GW (RNBx)<br><br>[PROPOSED] FINAL JUDGMENT AND ORDER AGAINST DEFENDANT JAWAD HAQ |

IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

## FINDINGS

A. The Court has jurisdiction over the subject matter of the case and jurisdiction over the parties hereto pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

B. Venue in the Central District of California is proper under 28 U.S.C. §1391(b) and 28 U.S.C. § 1400(a).

C. The Complaint states a claim under which relief may be granted against Defendants under 17 U.S.A. § 101 *et seq.*, including a claim for statutory damages pursuant to 17 U.S.C. §§ 412 and 504(c).

D. Defendant HAQ waives all rights to seek judicial review of or otherwise challenge or contest the validity of this Order.

E. Each party shall bear its own costs and attorney fees.

## MONETARY JUDGMENT

IT IS THEREFORE ORDERED THAT judgment in the amount of $150,000.00 (One Hundred and Fifty Thousand Dollars) is hereby entered against Defendant HAQ in favor of Plaintiff USA WHEEL.

## INJUNCTIVE JUDGMENT

IT IS THEREFORE ORDERED THAT Defendant HAQ shall transfer ownership of the internet domain www.usacustomwheels.com to Plaintiff USA WHEEL within 30 (thirty) days.

## RETENTION OF JURISDICTION

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter for purposes of construction, modification, and enforcement of this Order.

JUDGMENT IS THEREFORE ENTERED in favor of Plaintiff USA WHEEL and against Defendant HAQ, pursuant to the terms and conditions recited above.

DATED: ~~January~~ 2/2, 2009

_____
Hon. George Wu
United States District Judge